*Appeal* Case action Below MJ.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## ~~WESTERN DISTRICT OF MISSOURI~~ Northern District of West Virginia

| | |
|---|---|
| Myron Sylvester James 69841066 | ) |
| (full name)  (Register No). | ) |
| _____ | ) |
| Plaintiff(s). | ) |
| | ) |
| officer | ) |
| G. Kitchen's Lt. stole | ) |
| (Full name) | ) |
| _____ | ) |
| Defendant(s). | ) |

**FILED**
JUL 10 2023
U.S. DISTRICT COURT-WVND.
WHEELING, WV 26003

Case No. 6:23-cv-00132-SPB
5:23-cv-251
Bailey, Mazzone, Prince

## COMPLAINT PURSUANT TO 28 U.S.C. § 1331

I.  Place of present confinement of plaintiff(s): MCFP Springfield, MO, 65801-4000  PO Box 4000

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Myron James ~~Above~~   Register No. 69841066
   Address _____

B. Defendant Same As Above.
   Is employed as Hazelton CC

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III.  Do your claims involve medical treatment?   Yes ✓   No ____

IV.  Do you request a jury trial?   Yes ✓   No ____

V.  Do you request money damages?   Yes ✓   No ____
State the amount claimed?   $_____/_____(actual/punitive)

VI.  Are the wrongs alleged in your complaint continuing to occur?   Yes ✓   No ____

VII.  Grievance procedures:

   A. Does your institution have an administrative or grievance procedure?
   Yes ✓   No ____

   B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?   Yes ✓   No ____

   C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
   None. I did not get no respond back.

   D. If you have not filed a grievance, state the reasons.   N/A

VIII.  Previous civil actions:
1.   A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case:   Yes ✓   No ____

   B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?   Yes ____   No ✓

   C. If your answer is "yes," to either of the above questions, provide the following information for each case.

   (1) Style: Assault to Kill
       (Plaintiff)                          (Defendant)
   (2) Date filed: Oct 17, 2019
   (3) Court where filed: Western D. of Missouri
   (4) Case Number and citation: 4123-CV-00133-SPB

2

(5) Basic claim made: Parilized etc

(6) Date of disposition: None Aug 2022

(7) Disposition: Pending    None
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for:
_____ none they haven't _____
(Plaintiff) or (defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

The officer Kitchen's had me beat Broke my wrist An has lt stole to Bust my Fore Head cut my Temper in Head while leg shacker and Hand cuffed to my waist with change on And had me place in a black strap down chair about Dec 20, 2020 at Coleman USP-1 cause of UM Unit manger from Program.

B. State briefly your legal theory or cite appropriate authority:
Falsely Arrested ~~something~~
~~they thought and done~~
~~and ask me Faced out~~

Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
Release me

3

X.  Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name.

_____ Non _____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?        Yes _/_    No ____

If so, state the names(s) and address(es) of each lawyer contacted.
_____Can't get in contact with one_____
_____in the Institution_____
_____

C. Have you previously had a lawyer representing you in a civil action in this court?
                                                Yes _____   No _/_

If so, state the lawyers name and address.
_____ None _____
_____
_____


**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this __24 day__ day of __June__, 20__23__

_____
(Signatures of Plaintiff(s))

4