IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**MYRON SYLVESTER JAMES,**

        Plaintiff,

v.                                    **Civil Action No. 5:23-CV-251**
                                          Judge Bailey

**OFFICER G. KITCHEN,** and
**LT. STOLE,**

        Defendants.

## ORDER DISMISSING CASE FOLLOWING NOTICE OF INTENT TO DISMISS

On July 10, 2023, plaintiff initiated this case by filing a Complaint under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). Because plaintiff's Complaint was not on the court-approved form, the Clerk issued plaintiff a Notice of Deficient Pleading and Intent to Dismiss, informing him he must re-file his Complaint on the approved form within thirty days.

On July 26, 2023, plaintiff refiled his Complaint on the court-approved form, and it was assigned Civil Action No. 5:23-CV-262. Accordingly, pursuant to the terms of the Notice, the Court **ORDERS** that this action is hereby **DISMISSED**. The Clerk is directed to **STRIKE** this matter from the active docket of this Court. Further, the Motion for Leave to Proceed *in forma pauperis* [**Doc. 2**] is hereby **DENIED AS MOOT**.

The Clerk is **DIRECTED** to mail a copy of this Order to the plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED:** July 27, 2023.

*[signature]*
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE